■ JAMES P. CORCORAN, as Superintendent of Insurance of the State of New York, Appellant, v AIG MULTI-LINE SYNDICATE, INC., et al., Respondents.—Order, Supreme Court, New York County (Ira Gammerman, J.), entered on March 15, 1989, unanimously reversed, on the law, without costs and without disbursements, and the motion to compel arbitration and for a stay denied (see, Corcoran v Ardra Ins. Co., 156 AD2d 70). Concur—Sullivan, J. P., Carro, Ellerin, Wallach and Rubin, JJ.

■ In the Matter of MARTIN E. GOTKIN, a Disbarred Attorney.—Application for reinstatement as an attorney and counselor-at-law in the State of New York referred to the Department Disciplinary Committee for the First Judicial Department for a hearing, as indicated. Concur—Murphy, P. J., Kupferman, Ross, Carro and Smith, JJ.